OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

02 1R
0006557458
MAILED FROM ZIP CODE 78701

$ 00.26⁵

APR 09 2015

PITNEY BOWES

**4/6/2015**
**SALINAS, BILLY JOE     Tr. Ct. No. CR-3179-08-F(1)**          WR-83,091-02
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

BILLY JOE SALINAS
                                TDC # 1519690